UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SHAPARD,<br>        Plaintiff,<br>   v.<br>JOHN ATTEA, *et al.*,<br>        Defendants. | No. 08-CV-6146 CJS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP, by Luke X. Flynn-Fitzsimmons, shall appear as counsel for plaintiff Christopher Shapard in the above-captioned matter.

Dated:  New York, New York
        March 6, 2014

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   /s/ Luke X. Flynn-Fitzsimmons
        Luke X. Flynn-Fitzsimmons
        *lflynn-fitzsimmons@paulweiss.com*

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3338
Fax: (212) 492-0338

*Attorneys for Plaintiff Christopher Shapard*

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, March 6, 2014, the foregoing Notice of Appearance was electronically filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Gary M. Levine

/s/ Luke X. Flynn-Fitzsimmons