UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTOPHER SHAPARD,

                            Plaintiff,

-v-                                          ORDER

JOHN ATTEA, et al.,                             08-CV-6146 CJS

                            Defendants.

---

By Order dated January 9, 2014, the Court scheduled this matter for a pretrial video conference, because the *pro se* Plaintiff is incarcerated in the custody of the New York State Department of Corrections and Community Supervision. Subsequently, Plaintiff retained counsel, who appeared on his behalf, and who have requested that they be permitted to participate in the conference by telephone, since their office is located in New York City. Accordingly, it is hereby

ORDERED, that the video conference with Plaintiff is cancelled, since counsel have now appeared for him. However, the conference will still take place on **March 24, 2014 at 11:30 am** before the undersigned. Plaintiff's counsel are permitted to appear at the conference by telephone. Defendants' counsel shall appear in person.

    SO ORDERED.

Dated:    March 17, 2014
                Rochester, New York

                                                  /s/ Charles J. Siragusa
                                                  CHARLES J. SIRAGUSA
                                                  United States District Judge